IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CASE NO. 7:23-cv-01213

| | |
|---|---|
| BERNADETTE RODRIGUEZ, CYNTHIA RODRIGUEZ, ALYSSA RODRIGUEZ, and BERNADETTE RODRIGUEZ on behalf of and as next friend of MICHAEL RODRIGUEZ ) ) ) ) ) | |
| Plaintiffs, ) ) | **NOTICE OF APPEARANCE** |
| v. ) ) | |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) | |

The law firm of K&L Gates LLP, by and through A. Lee Hogewood, III, hereby enters a formal appearance as counsel of record for plaintiffs Bernadette Rodriguez, Cynthia Rodriguez, Alyssa Rodriguez, and Bernadette Rodriguez on behalf of and as next friend of Michael Rodriguez in this action and requests that all pleadings and notices in the case be served upon counsel at the address listed below.

Respectfully submitted, this the 9th day of August, 2023.

                                                       **K&L GATES LLP**

                                                       */s/ A. Lee Hogewood, III*
                                                       A. Lee Hogewood, III
                                                       North Carolina State Bar No. 17451
                                                       John R. Gardner
                                                       North Carolina State Bar No. 32683
                                                       Derek A. Sutton
                                                       North Carolina State Bar No. 58864
                                                       K&L Gates LLP
                                                       301 Hillsborough Street, Suite 1200
                                                       Raleigh, North Carolina 27603
                                                       Telephone: (919) 743-7322
                                                       Facsimile: (919) 516-2122
                                                       E-mail: lee.hogewood@klgates.com
                                                                       john.gardner@klgates.com
                                                                       derek.sutton@klgates.com
                                                       *Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically in accordance with the local rules and was therefore served electronically on those parties that have properly registered for such electronic service.

Respectfully submitted, this the 9th day of August, 2023.

**K&L GATES LLP**

*/s/ Derek A. Sutton*
A. Lee Hogewood, III
North Carolina State Bar No. 17451
John R. Gardner
North Carolina State Bar No. 32683
Derek A. Sutton
North Carolina State Bar No. 58864
K&L Gates LLP
301 Hillsborough Street, Suite 1200
Raleigh, North Carolina 27603
Telephone: (919) 743-7322
Facsimile: (919) 516-2122
E-mail: lee.hogewood@klgates.com
john.gardner@klgates.com
derek.sutton@klgates.com
*Counsel for Plaintiffs*