IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-cv-01213

BERNADETTE RODRIGUEZ, CYNTHIA RODRIGUEZ, ALYSSA RODRIGUEZ, and BERNADETTE RODRIGUEZ on behalf of and as next friend of MICHAEL RODRIGUEZ,

Plaintiffs,

v.

United States of America
_____,

Defendant.

**MOTION FOR ADMISSION PRO HAC VICE and AFFIDAVIT**

Derek Sutton ("Local Counsel"), a member in good standing with the Bar of the United States District Court for the Eastern District of North Carolina ("EDNC"), moves for the admission of Stephanie Teplin ("Applicant"), who seeks permission to represent BERNADETTE RODRIGUEZ, CYNTHIA RODRIGUEZ, ALYSSA RODRIGUEZ, and BERNADETTE RODRIGUEZ on behalf of and as next friend of MICHAEL RODRIGUEZ ("Clients") in this above-captioned Camp LeJeune Justice Act case.

By signing this motion, Local Counsel and Applicant certify that:

1. Applicant is a member in good standing of the bar of the highest court of the State or Territory where Applicant regularly practices law, which is New York.

2. Applicant practices under the name of or as a member of the following firm:

Firm name: Patterson Belknap Webb & Tyler LLP

Mailing Address: 1133 Avenue of the Americas

City / State / Zip: New York, New York 10036

Telephone Number: 212-336-2543    Facsimile Number: 212-336-2222

Email Address (required): steplin@pbwt.com

1

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions: United States District Court for the Southern District of New York; United States District Court for the Eastern District of New York; United States Court of Appeals for the Second Circuit; United States Court of Appeals for the Ninth Circuit; United States Court of Appeals for the Federal Circuit

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission pro hac vice in this or any other jurisdiction or had pro hac vice admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, Applicant must attach a separate explanation including particular information disclosing the disciplinary history or denial of admission.

5. Applicant certifies that the client requested Applicant to represent s/he in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the EDNC, including the Local Rules of the EDNC, and amenable to the disciplinary action of the civil jurisdiction of the EDNC in all respects as if Applicant were a regularly admitted and licensed member of the Bar of this court.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the EDNC.

8. The required $100 fee for admission pro hac vice in this case is being submitted with the filing of this motion.

9. Applicant consents to electronic notification and is a registered CM/ECF filer in the EDNC or will submit an Electronic Filing Attorney Registration Form within seven days if this motion is granted.

By signing this Motion, we so certify.

This, the 14th day of August, 2023

/s/ Derek A. Sutton
Local Counsel

_____
Applicant

Attorney Name: Derek Sutton
Bar Number: 58864
Firm Name: K&L Gates LLP
Firm Address: 301 Hillsborough Street, Suite 1200
Firm City/State/Zip: Raleigh, North Carolina 27603
Telephone Number: 919.743.7331
Fax Number: 919.516.2024
Email Address: derek.sutton@klgates.com

3